**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 ELBERT MITCHELL,

                                     Plaintiff,

                 -against-                                                     25 **CIVIL** 6462 (GBD)

                                                                              **JUDGMENT**

ATTORNEY GENERAL OF THE STATE OF
NEW YORK,

                                     Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 6, 2026, Plaintiff's amended complaint, filed IFP under 28

U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), without prejudice to

any claims Plaintiff might file in state court. The Court declines to exercise its supplemental

jurisdiction of any state law claims Plaintiff may be asserting. The Court certifies under 28

U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and

therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369

U.S. 438, 444-45 (1962).

**Dated:** New York, New York

         May 8, 2026

                                                              **TAMMI M. HELLWIG**
                                                    _____
                                                              **Clerk of Court**

                                          **BY:**        K. mango
                                                    _____
                                                              **Deputy Clerk**